**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re Tajudeen O. Oladiran. | No. MC-10-0025-PHX-DGC |
| | **ORDER** |

Respondent and the special prosecutor request leave to file medical records under seal. Doc. 13, 15, 20. The special prosecutor also seeks leave to file a reply brief that exceeds the page limit. Doc. 19. For good cause appearing,

**IT IS ORDERED:**

1. The motions to seal (Doc. 13, 15, 20) are **granted**.
2. The motion to exceed page limit (Doc. 19) is **granted**.
3. The Clerk is directed to file the lodged proposed reply brief (Doc. 21) and file **under seal** the lodged proposed exhibits (Doc. 14, 16, 22).

DATED this 14th day of July, 2010.

David G. Campbell
United States District Judge